IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB BIOPHARMA SPRL, RESEARCH CORPORATION TECHNOLOGIES, INC. and HARRIS FRC CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>HETERO USA INC. and HETERO LABS LIMITED,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 16-452 (LPS)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND CONSENT JUDGMENT**

WHEREAS, on August 12, 2016 the Court entered judgment in *UCB, Inc. et al. v. Accord Healthcare, Inc. et al.*, C.A. No. 13-1206-LPS (the "*Accord* Action"), that U.S. Patent No. RE38,551 is infringed and not invalid (D.I. 323 in the *Accord* Action),

WHEREAS defendants Hetero USA Inc. and Hetero Labs Limited (collectively, "Hetero") stipulated to infringement of the '551 Patent (D.I. 196 in the *Accord* Action),

WHEREAS, on May 23, 2018, the Federal Circuit affirmed the Court's Judgment in the *Accord* Action (D.I. 129 in No. 2016-2610),

WHEREAS, on August 24, 2018, the Federal Circuit denied the petitions for rehearing in the *Accord* Action (D.I. 147 in No. 2016-2610),

WHEREAS, the Federal Circuit's mandate issued on August 31, 2018 (D.I. 345 in the *Accord* Action),

WHEREAS the parties agree that the outcome of the *Accord* Action, including any decision upon certiorari to the Supreme Court, controls and concludes this action,

NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED, AND ADJUDGED:

1. Judgment is entered in favor of Plaintiffs UCB, Inc., UCB BioPharma SPRL, Research Corporation Technologies, Inc. and Harris FRC Corporation (collectively, "Plaintiffs") and against Hetero on Plaintiffs' claim that the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the proposed generic lacosamide product that is the subject of Hetero's Abbreviated New Drug Application ("ANDA") No. 204787 would infringe claims 9, 10, and 13 of U.S. Reissued Patent No. RE 38,551 (the "'551 Patent").

2. Judgment is entered in favor of Plaintiffs and against Hetero on Hetero's counterclaims for invalidity of claims 9, 10, and 13 of the '551 Patent.

3. Pursuant to 35 U.S.C. § 271(e)(4)(A), it is hereby ordered that the effective date of any final approval by the Food and Drug Administration ("FDA") of Hetero's ANDA No. 204787 is to be a date not earlier than the date of expiration of the '551 Patent inclusive of the patent term extension granted under 35 U.S.C. § 156 and any other applicable exclusivities and extensions.

4. Pursuant to 35 U.S.C. § 271(e)(4)(B), Hetero and its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, Hetero's proposed generic lacosamide product that is the subject of Hetero's ANDA No. 204787 during the term of the '551 Patent.

- 3 -

STIPULATED AND CONSENTED TO:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Megan E. Dellinger* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014) | Dominick T. Gattuso (#3630) |
| Megan E. Dellinger (#5739) | 300 Delaware Avenue, Suite 200 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 472-7300 |
| Wilmington, DE 19899 | dgattuso@hegh.law |
| (302) 358-9200 | *Attorneys for Defendants Hetero USA Inc.* |
| jblumenfeld@mnat.com | *and Hetero Labs Limited* |
| mdellinger@mnat.com | |
| *Attorneys for Plaintiffs UCB, Inc.,* | |
| *UCB BioPharma SPRL, Research* | |
| *Corporation Technologies, Inc. and* | |
| *Harris FRC Corporation* | |

September 14, 2018
11941882

SO ORDERED this ___ day of _____, 2018.

_____
CHIEF, UNITED STATES DISTRICT JUDGE